AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>YOLANDA CHAVEZ | )<br>)<br>)<br>) Case No: 1:04CR105HSO-JCG-002<br>) USM No: 08069-043 |
| Date of Original Judgment: 03/07/2006<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Mike Scott<br>*Defendant's Attorney* |

**SOUTHERN DISTRICT OF MISSISSIPPI**
**FILED**
**JAN 07 2015**
ARTHUR JOHNSTON
_____ DEPUTY

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __168__ months **is reduced to** __135__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __03/07/2006__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __Jan. 7, 2015__

Effective Date: __11/01/2015__
*(if different from order date)*

_____
*Judge's signature*

The Honorable Halil S. Ozerden U.S District Judge
*Printed name and title*